IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEE VANCE THOMAS, III, #11371-042, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv74-MEF (WO) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 3) filed herein on January 31, 2006, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is TRANSFERRED to the United States District Court for the Southern District of Mississippi pursuant to the provisions of 28 U.S.C. § 1404(a).

Done this 16th day of February, 2006.

                                                                /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE