**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
Southern District of Mississippi
P.O. Box 23552
Jackson, MS 39225-3552

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jackie Niver_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Jackie Niver    2-21-6

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

   2:06CV 74-MET
   entire file.

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0002 3461 4759

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540